IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                            :    Chapter 11
:
NORTH TEXAS BANCSHARES OF            :    Case No. 13-12699 (KG)
DELAWARE, INC. and NORTH TEXAS     :
BANCSHARES, INC.,                           :    Joint Administration Requested
:
Debtors.[1]                              :
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON FIRST DAY MOTIONS SCHEDULED FOR OCTOBER 21, 2013 AT 9:30 A.M.
BEFORE THE HONORABLE KEVIN GROSS
AT THE UNITED STATE BANKRUPTCY COURT FOR THE DISTRICT
OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR,
COURTROOM NO. 3, WILMINGTON, DE 19801[2]**

This agenda sets forth items in the order proposed for presentment to the Court at the First Day hearing in these cases. The status of each is set forth below.

**PETITIONS**

1.  Voluntary Chapter 11 Petition Packages (Date Filed: 10/16/13) (Docket No. 1)

    a.  North Texas Bancshares of Delaware, Inc., Case No. 13-12699 (KG)

    b.  North Texas Bancshares, Inc., Case No. 13-12700 (KG)

**DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS**

2.  Declaration of John Dienes in Support of Chapter 11 Petitions and First Day Pleadings (Date Filed: 10/16/13) (Docket No. 6)

---

[1] The last four digits of each debtor's tax identification number, as applicable, are: North Texas Bancshares of Delaware, Inc. (9291) and North Texas Bancshares, Inc. (0424). The Debtors' corporate headquarters is located at 5307 E. Mockingbird, Suite 200, Dallas, Texas 75206.

[2] Parties who are unable to attend a hearing may request telephonic participation by contacting Courtcall toll free by phone (866-582-6878) or by facsimile (866-533-2946) no later than NOON one business day prior to the hearing. When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, phone number of participant, party whom participant represents, and matter on which participant wishes to be heard or whether the participant intends to monitor the proceeding in "listen-only" mode.

**MATTERS GOING FORWARD**

3.  Motion of the Debtors for an Order Directing the Joint Administration of Related Chapter 11 Cases (Date Filed: 10/16/13) (Docket No. 5)

    Status: This matter will be going forward.

4.  Motion of Debtors for Entry of an Order (A) Approving the Continued Maintenance and Utilization of the Debtors' Cash Management System and (B) Granting Related Relief ((Date Filed: 10/16/13) (Docket No. 7)

    Status: This matter will be going forward.

5.  Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Postpetition Financing, (B) Granting Liens and a Superpriority Administrative Claim, and (C) Approving Agreements with Park Cities Financial Group, Inc. (Date Filed: 10/16/13) (Docket No. 8)

    Status: This matter will be going forward.

                                    Respectfully submitted,

Dated: October 17, 2013            */s/Tobey M. Daluz*
Wilmington, Delaware               Tobey M. Daluz, Esq. (DE No. 3939)
                                   Matthew G. Summers, Esq. (DE No. 5533)
                                   Leslie C. Heilman, Esq. (DE No. 4716)
                                   Jon Pearson, Esq. (*To Be Admitted Pro Hac Vice*)
                                   BALLARD SPAHR LLP
                                   919 N. Market Street, 11th Floor
                                   Wilmington, DE 19801
                                   Telephone: (302) 252-4465
                                   Facsimile: (302) 252-4466
                                   E-mail: daluzt@ballardspahr.com
                                           summersm@ballardspahr.com
                                           heilmanl@ballardspahr.com
                                           pearsonj@ballardspahr.com

                                   *Proposed Counsel to Debtors and*
                                   *Debtors-in-Possession*