# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **NORTH TEXAS BANCSHARES OF** ) | |
| **DELAWARE, INC. and NORTH TEXAS** ) | **Case No. 13-12699 (KG)** |
| **BANCSHARES, INC.,** ) | |
| ) | **(Jointly Administered)** |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE* that pursuant to Bankruptcy Rules 2002 and 9010(b), Blank Rome LLP ("Blank Rome"), proposed co-counsel to the Official Committee of Unsecured Creditors of North Texas Bancshares of Delaware, Inc. and North Texas Bancshares, Inc. (the "Committee"), requests that all notices given or required to be given in these cases be given to and served upon Blank Rome at the following addresses:

Regina Stango Kelbon, Esq.  
Alan M. Root, Esq.  
**Blank Rome LLP**  
1201 Market Street  
Suite 800  
Wilmington, DE 19801  
Phone: (302) 425-6400  
Facsimile: (302) 425-6464  
Email: Kelbon@blankrome.com  
Email: root@blankrome.com  

Michael B. Schaedle, Esq.  
**Blank Rome LLP**  
One Logan Square  
Philadelphia, PA 19103  
Phone: (215) 569-5762  
Facsimile: (215) 569-5555  
Email: schaedle@blankrome.com

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned debtors and debtors in possession (the "Debtors") or the property of the Debtors, or any of the rights or interests held or asserted by the Committee with respect to the Debtors or property of the Debtors.

***PLEASE TAKE FURTHER NOTICE*** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Committee.

Dated: November 8, 2013                    **BLANK ROME LLP**

*/s/ Alan M. Root*
Regina Stango Kelbon (No. 5444)
Alan M. Root (No. 5427)
1201 Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400
Facsimile: (302) 425-6464

and

Michael B. Schaedle, Esq.
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5762
Facsimile: (215) 569-5555

*Proposed Co-Counsel to the Committee*