IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                         :   Chapter 11
                                                              :
NORTH TEXAS BANCSHARES OF                                     :   Case No. 13-12699 (KG)
DELAWARE, INC. and NORTH TEXAS                                :
BANCSHARES, INC.,                                             :   Jointly Administered
                                                              :
         Debtors.[1]                                          :   Re:  ECF Nos. 9, 53, 54, 56, 57, 57, 58, 71
                                                              :        90, 93, 94, 95 and 98
---------------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEBTORS'
MOTION FOR AN ORDER (A) APPROVING AUCTION PROCEDURES,
(B) APPROVING STALKING-HORSE BIDDER FEE AND EXPENSE
REIMBURSEMENT, (C) SCHEDULING THE AUCTION AND SALE HEARING DATE,
(D) APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (E) APPROVING THE
FORM AND NOTICE THEREOF, AND (F) GRANTING RELATED RELIEF**

The undersigned counsel for the above-captioned debtors and debtors-in-possession (the "Debtors") hereby certifies as follows:

1. On October 16, 2013, the Debtors filed the *Motion for an Order (*A) Approving Auction Procedures, (B) Approving Stalking-Horse Bidder Fee and Expense Reimbursement; (C) Scheduling the Auction and Sale Hearing Date, (D) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Lease, (E) Approving the Form and Notice Thereof, and (F) Granting Related Relief (the "Bid Procedures Motion") [ECF No. 9] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The last four digits of each debtor's tax identification number, as applicable, are: North Texas Bancshares of Delaware, Inc. (9291) and North Texas Bancshares, Inc. (0424). The Debtors' corporate headquarters is located at 5307 E. Mockingbird, Suite 200, Dallas, Texas 75206.

2. The deadline for filing objections to the Bid Procedures Motion was October 31, 2013, at 4:00 p.m. (prevailing Eastern time) (the "Objection Deadline"). The Objection Deadline was extended by agreement for certain purported parties-in-interest—(i) U.S. Bank National Association, as Indenture Trustee and Institutional Trustee; (ii) The Bank of New York Mellon Trust Company, N.A., as Successor Trustee; (iii) Deutsche Bank Trust Company Americas, as Indenture Trustee; (iv) Cohen & Company Financial Management, Inc., as Collateral Manager for Alesco Preferred Funding VI, Ltd., Alesco Preferred Funding VII, Ltd, and Alesco Preferred Funding VIII, Ltd.; and (v) non-party Hildene Debt Solutions, Inc.—until November 1, at 4:00 p.m. (prevailing Eastern time). The Debtors also extended the Objection Deadline by agreement for the office of the United States Trustee until November 5, at 12:00 p.m. (prevailing Eastern time). After the Official Committee of Unsecured Creditors (the "Committee") was formed, the Objection Deadline was extended to November 14, 2013, at 12:00 p.m. (prevailing Eastern time) for the Committee.

3. The following Objections and Joinders to the Bid Procedures Motion were filed:

- Limited Objection of Alesco Preferred Funding XVI, Ltd. to Debtors' Motion for Entry of Auction Procedures Order (Docket No. 53);

- Joinder of U.S. Bank National Association, as Indenture Trustee and Institutional Trustee, to (I) The Objection of Alesco Preferred Funding XVI, Ltd. to Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Postpetition Financing, (B) Granting Liens and a Superpriority Administrative Claim, and (C) Approving Agreements With Park Cities Financial Group, Inc. and (II) The Limited Objection of Alesco Preferred Funding XVI, Ltd. to Debtors' Motion for Entry of Auction Procedures Order (Docket No. 54);

- Omnibus Objection of The Bank of New York Mellon Trust Company, N.A., as Successor Trustee, to: (I) Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Postpetition Financing, (B) Granting Liens and a Superpriority Administrative Claim, and (C) Approving Agreements With Park Cities Financial

- Group; and (II) Debtors' Motion for Entry of Auction Procedures Order (Docket No. 56);

- Objection of Cohen & Company Financial Management, LLC, as Collateral Manager for Alesco Preferred Funding VI, Ltd., Alesco Preferred Funding VII, Ltd., and Alesco Preferred Funding VIII, Ltd., to Debtors' Motion for Orders: (I)(A) Approving Auction Procedures, (B) Approving Stalking-Horse Bidder Fee and Expense Reimbursement, (C) Scheduling the Auction and Sale Hearing Date, (D) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Notice Thereof, and (F) Granting Related Relief; and (II)(A) Authorizing The Debtors to Sell Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts Related Thereto, and (C) Granting Related Relief (Docket No. 57);

- Joinder of Hildene Debt Solutions, Inc. to the Objections of Alesco Preferred Funding XVI, Ltd. (Docket No. 58);

- Limited Objection of Deutsche Bank Trust Company Americas, as Indenture Trustee and Property Trustee, to (I) Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing Postpetition Financing, (B) Granting Liens and a Superiority Administrative Claim, and (C) Approving Agreements with Park Cities Financial Group, Inc. (Re D.I. 8(and) (II) Motion of Debtors for Entry of Auction Procedures Order (Re D.I. 9) (Docket No. 71);

- Sur-Reply in Support of Objection of Cohen & Company Financial Management, LLC, as Collateral Manager for ALESCO Preferred Funding VI, Ltd., ALESCO Preferred Funding VII, Ltd., and ALESCO Preferred Funding VIII, Ltd., to Debtors' Motion for Orders: (I)(A) Approving Auction Procedures, (B) Approving Stalking-Horse Bidder Fee And Expense Reimbursement, (C) Scheduling the Auction and Sale Hearing Date, (D) Approving Procedures Related to The Assumption of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Notice Thereof, and (F) Granting Related Relief; and (II)(A) Authorizing the Debtors to Sell Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts Related Thereto, and (C) Granting Related Relief (Docket No. 90);

- Joinder of Hildene Debt Solutions, Inc to Sur-Reply in Support of Objection of Cohen & Company Financial Management, LLC, as Collateral Manager for ALESCO Preferred Funding VI, Ltd., ALESCO Preferred Funding VII, Ltd., and ALESCO Preferred Funding VIII, Ltd., to Debtors' Motion for Orders: (I)(A) Approving Auction Procedures, (B) Approving Stalking-Horse Bidder Fee And Expense Reimbursement, (C) Scheduling the Auction and Sale Hearing Date, (D) Approving Procedures Related to The Assumption of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Notice Thereof, and (F) Granting Related Relief; and (II)(A) Authorizing the Debtors to Sell Certain

Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts Related Thereto, and (C) Granting Related Relief (Docket No. 93);

- Exhibits to Joinder of Hildene Debt Solutions, Inc to Sur-Reply in Support of Objection of Cohen & Company Financial Management, LLC, as Collateral Manager for ALESCO Preferred Funding VI, Ltd., ALESCO Preferred Funding VII, Ltd., and ALESCO Preferred Funding VIII, Ltd., to Debtors' Motion for Orders: (I)(A) Approving Auction Procedures, (B) Approving Stalking-Horse Bidder Fee And Expense Reimbursement, (C) Scheduling the Auction and Sale Hearing Date, (D) Approving Procedures Related to The Assumption of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Notice Thereof, and (F) Granting Related Relief; and (II)(A) Authorizing the Debtors to Sell Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Approving the Assumption and Assignment of Certain Executory Contracts Related Thereto, and (C) Granting Related Relief (Docket No. 94);

- Joinder of ALESCO Preferred Funding XVI, Ltd. in Sur-Reply Filed by Cohen & Company Financial Management, LLC (Docket No. 95);

- Omnibus Objection of the Official Committee of Unsecured Creditors of North Texas Bancshares of Delaware, Inc. and North Texas Bancshares, Inc., to (I) Debtors' Motion for Approval of Postpetition Financing [D.I 8] and (II) Debtors' Motion for Entry of Auction Procedures Order [D.I. 9] (Docket No. 98).

4. Before the Objection Deadline, the U.S. Trustee requested certain changes to be made to the proposed form of Order for the Bid Procedures Motion and the related exhibits thereto.

5. On November 19–20, 2013, an evidentiary hearing on the Bid Procedures Motion was held by the Bankruptcy Court. At the conclusion of that hearing, the Bankruptcy Court granted the Bid Procedures Motion, subject to certain modifications that were made to the Acquisition Agreement (including the Bid Procedures) by the Debtors and the Stalking-Horse Bidder.[2]

---

[2] The Bankruptcy Court made no determination with respect to the Debtors' objection to the standing of the holders of the TRuPs and the CDO managers. Instead, a hearing will be scheduled at a later date to resolve that objection.

6. After making the necessary changes to the proposed form of Order on the Bid Procedures Motion, counsel for the Debtors circulated a redline of the proposed form of Order on the Bid Procedures Motion to the Committee's counsel, the Stalking-Horse Bidder's counsel, and the U.S. Trustee.

7. Attached hereto as **Exhibit A** is a revised proposed form of Order on the Bid Procedures Motion, which incorporates the changes that were made by the Debtors and the Stalking-Horse Bidder, as well as changes that were requested by the Committee and the U.S. Trustee, together with a redline, attached hereto as **Exhibit B**, showing the changes from the prior proposed form of Order as originally proposed by the Debtors and attached to the Bid Procedure Motion. Committee's counsel, the Stalking-Horse Bidder's counsel, and the U.S. Trustee do not object to entry of the revised Order.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

8. Accordingly, the Debtors respectfully request that the revised proposed form of Order on the Bid Procedures Motion, attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court

Respectfully submitted,

Dated: November 22, 2013  
Wilmington, Delaware

/s/ Tobey M. Daluz  
Tobey M. Daluz, Esq. (DE No. 3939)  
Matthew G. Summers, Esq. (DE No. 5533)  
Leslie C. Heilman, Esq. (DE No. 4716)  
Jon Pearson, Esq. (*Admitted Pro Hac Vice*)  
BALLARD SPAHR LLP  
919 N. Market Street, 11th Floor  
Wilmington, DE 19801  
Telephone: (302) 252-4465  
Facsimile: (302) 252-4466  
E-mail: daluzt@ballardspahr.com  
summersm@ballardspahr.com  
heilmanl@ballardspahr.com  
pearsonj@ballardspahr.com

*Counsel to Debtors and Debtors-in-Possession*